AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2-7-13 |
| NAME OF SERVER (PRINT) JOSEFINA TERRELL | TITLE CLERK |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): LEFT COPIES AT SUBPOENA BOX

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-7-13
            Date              Signature of Server

Address of Server: 53 W. JACKSON #615
CHICAGO, IL 60604

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MJALLI HADDAD,

Plaintiff,

V.

MASHEIMER ET AL,

Defendants.

CASE NUMBER: 12-cv-2472

ASSIGNED JUDGE: Joan B. Gottschall

DESIGNATED MAGISTRATE JUDGE: Geraldine Soat Brown

TO: (Name and address of Defendant)

Officer Jeffrey Loquercio
3510 S. Michigan Ave.
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Law Office of Julie O. Herrera
53 W. Jackson, Suite 1615
Chicago, IL 60604

an answer to the complaint which is herewith served upon you, within ___21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service. Thom

THOMAS G. BRUTON, CLERK

THOMAS G. BRUTON, CLERK
(By) DEPUTY CLERK

DATE
February 6, 2013
DATE