IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MJALLI HADDAD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 12-cv-2472 |
| v. ) | |
| ) | Judge Joan B. Gottschall |
| Chicago Police Officers ) | |
| PETER MASHEIMER, Star No. 11993, ) | |
| RICHARD KAZIMIERSKI, Star No. 5289 ) | |
| MICHAEL GOLDEN, Star No. 15478, ) | |
| LT. MARY ELLEN PLATT, Star No. 577, ) | |
| ED STANCIN, Star No. 8662, ) | |
| RINCY KURIAN, Star No. 18222, ) | |
| JEFFREY LOQUERCIO, Star no.18782, ) | |
| STEVE GILMOUR, Star No. 8694, ) | |
| and the CITY OF CHICAGO, | |
| Defendants. | |

## JOINT AGREED STIPULATION TO DISMISS

It is stipulated and agreed between the parties, through their respective attorneys, that this case and any and all claims between or among any of the parties, be dismissed with prejudice. Each party shall bear his, her or its own costs and attorneys' fees.

Dated: March 11, 2013                    By:    /s/    Julie O. Herrera
                                                        Julie O. Herrera

Law Office of Julie O. Herrera
53 W. Jackson, Suite 1615
Chicago, IL 60604
Tel: 312-697-0022
Fax: 312-697-0812

                                         By:    /s/    Lindsay Wilson Gowin

Attorney for All Defendants
Assistant Corporation Counsel, City of Chicago
30 N Lasalle St., Suite 900
Chicago, IL 60602
312-742-6423