UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Mjalli Haddad
                         Plaintiff,

v.                                                        Case No.: 1:12–cv–02472
                                                              Honorable Joan B. Gottschall

Peter Masheimer, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 17, 2013:

      MINUTE entry before Honorable Joan B. Gottschall: Pursuant to Joint Agreed Stipulation to Dismiss [47], this action is dismissed with prejudice. Each party shall bear his, her or its own costs and attorneys' fees. Civil case terminated. Mailed notice(rj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.